ORDERED.

**Dated:  April 06, 2023**



Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

BVM THE BRIDGES, LLC,                                       Case No. 8:22-bk-00345-CED
                                                           Chapter 11

    Debtor.

_____/

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE AND AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

THIS CASE came before the Court for hearing on March 27, 2023 (the "**Hearing**") for consideration of the *Debtor's Motion for Entry of Orders (I) Dismissing Chapter 11 Case, (II) Authorizing Distributions to Allowed Administrative Expense Claimants, and (III) Granting Related Relief* (the "**Motion**") (Doc. No. 285).

The Court finds that it has subject matter jurisdiction to hear and determine the Motion and to grant the relief requested under 28 U.S.C. §§ 157 and 1334, that consideration of the Motion is a core proceeding under 28 U.S.C. § 157(b), and that venue is properly before this Court under 28 U.S.C. §§ 1408 and 1409. Further, the Court finds that due and sufficient notice of the Motion, and all hearings related thereto was provided, that such notice was adequate and appropriate in the current circumstances as contemplated by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, and that no other or further notice is necessary.

The Court, having considered contents of the Motion, the record, and the statements of counsel at the Hearing, finds that the Motion is well taken and should be granted. Accordingly, for the reasons stated orally and recorded in open court that shall constitute the decisions of this Court, it is:

**ORDERED**:

1.      The Motion is granted subject to the terms of this Order.

2.      Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) of the Bankruptcy Code, the Chapter 11 case of BVM The Bridges, LLC is hereby dismissed effective as of the date of entry of this Order.

3.      Notwithstanding anything to the contrary, including, without limitation, 11 U.S.C. § 349, all prior orders, releases, stipulations, settlements, rulings, orders and judgments of this Court made during the court of this case shall remain in full force and effect, shall be unaffected by the dismissal of this case, are specifically preserved for purposes of finality of judgment and *res judicata* unless expressly amended or overruled by a subsequent stipulation, settlement, order or judgment of this Court, as applicable, and this Court retains and reserves jurisdiction to enforce the same.

4.      To the extent applicable, the 14-day stay to the effectiveness of this Order provided by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived and this Order shall be effective and enforceable immediately upon entry.

5.      The Debtor is required to pay any outstanding court fees, costs and charges, assessed under chapter 123, title 28, United States Code, if any, and file any outstanding operating reports, if any, in connection with this case within 14 days of the entry of this Order.

6.     The Debtor is authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order and as set forth in the Motion, including but not limited to the payment of the following administrative expense claims from the Adequate Protection Payments[1]:

    a.   Debtor's counsel, Johnson Pope Bokor Ruppel & Burns, LLP in the amount of $66,200.00.

    b.   United States Trustee in the amount of approximately $18,000.00[2] for quarterly fees.

7.     The remaining funds from the Adequate Protection Payments shall be disbursed solely in accordance with the terms of the Indenture.

8.     The funds in the Debtor's DIP Account[3] shall be disbursed solely in accordance with the terms of the Indenture.

9.     Notwithstanding the dismissal of the Debtor's case, this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation, interpretation, or enforcement of this Order.

10.     The Debtor stipulates to the Final Judgment of Foreclosure (attached hereto as **Exhibit A**) in the Foreclosure Action and stipulates that CPIF and US Bank may submit the Final Judgment in the Foreclosure Action in their discretion.

11.     The Debtor stipulates to entry of a receivership order in the form approved by CPIF and US Bank; provided, however, that the receiver is not appointed until the Effective Date as defined in the settlement agreement approved in the Pallardy Adversary Proceeding

---

[1] All capitalized terms herein not already defined shall have the same meaning ascribed to them in the Motion.  For clarification, the Debtor shall be making the payments referenced in Paragraphs 6, 7 and 8, and the receiver for the Debtor shall have no responsibility for making said payments.
[2] The amount for the US Trustee fees is an estimate and subject to final verification.
[3] As of February 27, 2023, the DIP Account had approximately $334,890.00 on deposit.  The balance in the DIP Account will vary from day to day as additional revenues are deposited and additional expenses are incurred.

12.     The Debtor hereby releases and forever discharges CPIF, and its past and present agents, employees, representatives, officers, directors, shareholders, attorneys, accountants, insurers, receivers, advisors, consultants, partners, partnerships, parents, divisions, subsidiaries, affiliates, assigns, successors, heirs, predecessors in interest, joint ventures, and commonly-controlled corporations from all liabilities, causes of action, charges, complaints, suits, claims, obligations, costs, losses, damages, rights, judgments, attorneys' fees, expenses, bonds, bills, penalties, fines, and all other legal responsibilities of any form whatsoever whether known or unknown, whether presently existing or arising in the future, whether suspected or unsuspected, whether fixed or contingent, including those arising under any theory of law, whether common, constitutional, statutory or other of any jurisdiction, foreign or domestic, whether known or unknown, whether presently existing or arising in the future, whether in law or in equity, which it has or may claim to have against any of them, including, without limitation, those arising out of or relating to this bankruptcy case.

13.     The Debtor hereby releases and forever discharges US Bank, and its past and present agents, employees, representatives, officers, directors, shareholders, attorneys, accountants, insurers, receivers, advisors, consultants, partners, partnerships, parents, divisions, subsidiaries, affiliates, assigns, successors, heirs, predecessors in interest, joint ventures, and commonly-controlled corporations from all liabilities, causes of action, charges, complaints, suits, claims, obligations, costs, losses, damages, rights, judgments, attorneys' fees, expenses, bonds, bills, penalties, fines, and all other legal responsibilities of any form whatsoever whether known or unknown, whether presently existing or arising in the future, whether suspected or unsuspected, whether fixed or contingent, including those arising under any theory of law, whether common, constitutional, statutory or other of any jurisdiction, foreign or domestic, whether known or

unknown, whether presently existing or arising in the future, whether in law or in equity, which it

has or may claim to have against any of them, including, without limitation, those arising out of

or relating to this bankruptcy case.

14.    The Non-Debtor Releasing Parties hereby release and forever discharge CPIF and

US Bank, and their past and present agents, employees, representatives, officers, directors,

shareholders, attorneys, accountants, insurers, receivers, advisors, consultants, partners,

partnerships, parents, divisions, subsidiaries, affiliates, assigns, successors, heirs, predecessors in

interest, joint ventures, and commonly-controlled corporations from all liabilities, causes of action,

charges, complaints, suits, claims, obligations, costs, losses, damages, rights, judgments,

attorneys' fees, expenses, bonds, bills, penalties, fines, and all other legal responsibilities of any

form whatsoever whether known or unknown, whether presently existing or arising in the future,

whether suspected or unsuspected, whether fixed or contingent, including those arising under any

theory of law, whether common, constitutional, statutory or other of any jurisdiction, foreign or

domestic, whether known or unknown, whether presently existing or arising in the future, whether

in law or in equity, which they have or may claim to have against any of them, including, without

limitation, those arising out of or relating to this bankruptcy case; provided, however, that if CPIF

and US Bank seek affirmative relief against the Non-Debtor Releasing Parties, the general releases

shall be null and void and shall not preclude the Non-Debtor Releasing Parties from asserting any

defenses and counterclaims, or seeking other related relief, against CPIF and US Bank.

15.    The automatic stay is hereby terminated. All unresolved motions, if any, are denied

as moot. All court hearings or scheduling conferences, if any, are cancelled.

16.    The Debtor shall not receive a discharge.

17.     All creditors and parties in interest in this case shall have an opportunity to file an objection to the terms of this Order no later than May 1, 2023.

18.     In the event that a timely objection is filed, the objection shall be heard on May 8, 2023 at 2:30 P.M.  Absent a timely filed objection, this Order shall be final.

Attorney Alberto F. Gomez, Jr., Esq. is directed to serve a copy of this order on interested parties who do not receive service via the Court's CM/ECF system and file a proof of service within three (3) days of entry of this order.

|  |  |
|---|---|
| | : IN THE CIRCUIT COURT OF THE 13TH |
| | : JUDICIAL CIRCUIT IN AND FOR |
| | : HILLSBOROUGH COUNTY, FLORIDA. |
| | : |
| CPIF LENDING LLC, a Washington limited liability company; and U.S. BANK NATIONAL ASSOCIATION, as Trustee, | : CIRCUIT CIVIL DIVISION |
| | : |
| | : CASE NO.  21-CA-005120 |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| BVM THE BRIDGES, LLC, a Florida limited liability company; BVM CORAL LANDING, LLC, a Florida limited liability company; BVM MANAGEMENT INC., an Indiana corporation; and UNKNOWN TENANTS IN POSSESSION, | |
| Defendants. | |

-------------------------------------------------------

## STIPULATED FINAL JUDGMENT OF FORECLOSURE

THIS ACTION came before the Court on the Parties' Joint Motion for Entry of a Stipulated Final Judgment of Foreclosure (the "Motion"). The Court having reviewed the Motion and the court file, and being fully advised in the premises, it is hereby ORDERED and ADJUDGED as follows:

1. The Motion is **GRANTED**. The Court hereby grants Final Judgment of Foreclosure in favor of Plaintiffs pursuant to the terms set forth below. Service of process has been duly and regularly obtained over Defendants, BVM The Bridges, LLC, BVM Coral Landing, LLC, and BVM Management Inc. (collectively, the "Defendants").

2. **Amounts Due.** There is due and owing to Plaintiffs, CPIF Lending LLC and U.S. Bank National Association, the following:

# Exhibit "A"

| | |
|---|---|
| Principal due on the Senior Secured Obligations and Subordinate Deferral Obligations | $18,472,154.41 |
| Interest owed on the Senior Secured Obligations and Subordinate Deferral Obligations through 3/27/2023 | $6,566,123.46 |
| CPIF Fee through 3/27/2023 | $2,560,286.96 |
| Exit Fee | $173,650.00 |
| Real Property Taxes | $551,165.97 |
| Attorneys' Fees through 2/9/2022 | $316,105.00 |
| **GRAND TOTAL** | **$28,639,485.80** |

A Final Judgment was also sought in favor of Plaintiffs and against Defendants in the case styled <u>CPF Lending LLC, et al. v. BVM The Bridges, LLC, et al.</u>, Case No. 2021-CA-00000730, Circuit Court of the 7th Judicial Circuit in and for St. Johns County, Florida (the "St. Johns Judgment"), in the amount set forth in this paragraph, less the Real Property Taxes. Plaintiffs are not entitled to double recovery on both this present judgment and the St. Johns County Judgment. Accordingly, any recoveries obtained by Plaintiffs under this present judgment shall be credited against the St. Johns County Judgment, and any recoveries obtained by Plaintiffs under the St. Johns County Judgment shall be credited against this judgment.

3. **Interest.** The total sum referenced in Paragraph 2 shall bear interest from this date forward at the rate of interest set forth in section 55.03, Florida Statutes.

4. **Lien on Property.** Plaintiffs, CPIF Lending LLC, whose address is 1910 Fairview Ave E Suite 200, Seattle, WA 98102, and U.S. Bank National Association, as Master Trustee, whose address is 800 Nicollet Mall, Minneapolis, MN 55402, hold a lien for the grand total amount specified in Paragraph 2 and Paragraph 10 herein. The lien of the Plaintiffs is superior in dignity to any right, title, interest or claim of the Defendants and all persons, corporations, or other entities claiming by, though, or under the Defendants or any of them and the property will be sold free and clear of all claims of the Defendants, with the exception of any assessments that are superior

2

pursuant to sections 718.116 or 720.3085, Florida Statutes. Plaintiffs' lien encumbers the real and personal property located in Hillsborough County, Florida and described as:

REAL PROPERTY DESCRIPTION:

**SEE ATTACHED EXHIBIT "A"**

PERSONAL PROPERTY DESCRIPTION:

**SEE ATTACHED EXHIBIT "B"**

5.    **Sale of Property**. If the total sum with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property identified in Paragraph 4 to the highest bidder for cash at public sale on _____, 2023, at \_\_\_\_ A.M. after having first given notice as required by section 45.031, Florida Statutes. The judicial sale will be conducted electronically online at the following website: http://www.hillsborough.realforeclose.com. At least three (3) days prior to the sale, Plaintiffs must pay the costs associated with the Notice of Publication. The party or their attorney shall be responsible for preparing, in accordance with section 45.031(2), Florida Statutes, and submitting the Notice of Sale to a legal publication. The original Notice of Sale and Proof of Publication must be filed with the Clerk of the Circuit Court at least 24 hours prior to the scheduled sale date.

6.    **Court Costs**. Plaintiffs shall advance all subsequent required costs of this action and shall be reimbursed for them by the Clerk if Plaintiffs are not the purchaser of the property for sale. If Plaintiffs are the purchaser, the Clerk shall credit Plaintiffs' bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full. If a third-party bidder is the purchaser, the third-party bidder must pay the documentary stamps attached to the certificate of title in addition to the bid.

1095861810\1\AMERICAS

7.      **Additional Expenses, Fees and Costs**. If, subsequent to the entry of this final judgment, but prior to the actual sale date of the property, Plaintiffs incur additional expenses, fees or costs to protect their interest in the property after entry of this judgment including, but not limited to, real estate taxes, hazard insurance, property preservation, or other necessary costs, Plaintiffs may, by written motion served on all parties, seek to amend this final judgment to include such additional expenses, fees and costs. Such additional expenses, fees and costs shall be added to the "total sum due" in Paragraph 2 and shall be paid from the distribution of proceeds of the sale. A motion to amend the final judgment to include additional expenses, fees and costs must be filed not later than 15 days after entry of the judgment, pursuant to Florida Rule of Civil Procedure 1.530(g).

8.      **Distribution of Proceeds**. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the Plaintiffs' costs; second, documentary stamps affixed to the Certificate, unless the property is purchased by a third party bidder; third, Plaintiffs' attorneys' fees; fourth, the total sum due to Plaintiffs in Paragraph 2, less the items paid, plus interest at the rate prescribed in Paragraph 3 from this date to the date of the sale; and by retaining any remaining amount— the "surplus proceeds"—pending further Order of this court.

9.      **Right of Redemption / Right of Possession**. On filing the Certificate of Sale, Defendants and all persons claiming under or against Defendants since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property and Defendants' right of redemption as prescribed by section 45.0315, Florida Statutes, shall be terminated, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the

1095861810\1\AMERICAS

Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property.

10.    **Attorneys' Fees**. The court finds, based upon the affidavits presented and upon inquiry of counsel for the Plaintiffs, that <u>596.3</u> hours were reasonably expended by Plaintiffs' counsel and that an hourly rate of $600 is appropriate. PLAINTIFF'S COUNSEL CERTIFIES THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH PLAINTIFFS. The court finds that there are no reduction or enhancement factors for consideration by the court pursuant to *Florida Patient's Compensation Fund v. Rowe*, 472 So. 2d 1145 (Fla. 1985).   The attorneys' fees requested are less than 3% of the judgment amount, so they are presumed to be reasonable.  *See, e.g.,* § 702.10(1)(a)(7), Fla. Stat.

11.    **Claims to Surplus Funds/Proceeds**.

A.    **Generally**.

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

The funds remaining after payment of all disbursements required to be paid under this final judgment and shown on the certificate of disbursement are "surplus funds".

B.    **Claim by Subordinate Lienholder.**

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, IF ANY, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN THE DATE THAT THE CLERK REPORTS THE FUNDS AS UNCLAIMED. IF YOU FAIL TO FILE A TIMELY CLAIM, YOU WILL NOT BE ENTITLED

1095861810\1\AMERICAS

TO ANY REMAINING FUNDS. A subordinate lienholder is the holder of a subordinate lien as shown on the face of the pleadings as an encumbrance on the property. A subordinate lienholder includes, but is not limited to, a subordinate mortgage, judgment, tax warrant, assessment lien, or construction lien. A subordinate lienholder not shown on the face of the pleadings is not entitled to the surplus if it did not intervene in the action within 30 days after the recording of the notice of lis pendens. If your lien was paid in full from the proceeds of the sale, you have no claim to the surplus. One year after the sale, any surplus remaining with the Clerk of the Court must be remitted to the Department of Financial Services, as provided in section 45.032(3)(c), Florida Statutes.

12.    **Assignment.**  Plaintiffs may assign this Judgment and credit bid by the filing of an Assignment prior to the issuance of the certificate of title without further order of the Court.

13.    **Jurisdiction Retained.** The court retains jurisdiction of this action to enter further orders or judgments that are proper, including, without limitation, orders amending this final judgment, orders disbursing the surplus proceeds, orders of re-foreclosure, orders authorizing writs of possession and an award of attorney's fees, to enter deficiency judgments if the borrower has not been discharged in bankruptcy, and to enforce the adequate protection ordered, if applicable.

IT IS ORDERED in Tampa, Hillsborough County, Florida this ____ day of _____, 2023.


_____
Hon. Anne-Leigh Gaylord Moe


**Copies furnished to:**
All counsel of record

6

1095861810\1\AMERICAS

## EXHIBIT A

### BVM THE BRIDGES, LLC PREMISES

BRIDGES PARCEL 1: (HILLSBOROUGH COUNTY)

A PORTION OF THE SOUTHWEST 1/4 OF SECTION 4, TOWNSHIP 30 SOUTH, RANGE 20 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHWEST 1/4 OF SAID SECTION 4; THENCE N.89°42'03"W., 1127.66 FEET ALONG THE SOUTHERLY BOUNDARY LINE OF SAID SOUTHWEST 1/4; THENCE N.00°00'00"W., 36.51 FEET TO THE NORTHERLY RIGHT-OF-WAY LINE OF BLOOMINGDALE AVENUE TO THE POINT OF BEGINNING, SAID POINT ALSO BEING THE SOUTHEAST CORNER OF THAT CERTAIN PARCEL CONVEYED BY DEED RECORDED IN OFFICIAL RECORDS BOOK 16491, PAGE 390, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE BOUNDARY LINE OF SAID PARCEL THE FOLLOWING FIVE COURSES: N.89°33'12"W., 152.18 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE OF BLOOMINGDALE AVENUE; THENCE N.43°56'06"W., 47.57 FEET ALONG SAID RIGHT-OF-WAY LINE TO THE EASTERLY RIGHT-OF-WAY LINE OF PATTERSON ROAD; THENCE N.00°00'46"W., 144.56 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE; THENCE N.89°59'14"E., 186.62 FEET; THENCE S.00°26'48"W., 180.05 FEET TO THE POINT OF BEGINNING.

BRIDGES PARCEL 2: (HILLSBOROUGH COUNTY)

A PORTION OF THE SOUTHWEST 1/4 OF SECTION 4, TOWNSHIP 30 SOUTH, RANGE 20 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHWEST 1/4 OF SAID SECTION 4; THENCE N.89°42'03"W., 1127.66 FEET ALONG THE SOUTHERLY BOUNDARY LINE OF SAID SOUTHWEST 1/4; THENCE N.00°00'00"W., 36.51 FEET TO THE NORTHERLY RIGHT-OF-WAY LINE OF BLOOMINGDALE AVENUE AND THE POINT OF BEGINNING; THENCE N.00°26'48"E., 180.05 FEET; THENCE S.89°59'14"W., 186.62 FEET TO THE EASTERLY RIGHT-OF-WAY LINE OF PATTERSON ROAD; THENCE ALONG SAID RIGHT-OF-WAY LINE THE FOLLOWING TWO COURSES: N.00°00'46"W., 234.25 FEET; THENCE N.10°50'31"E., 9.03 FEET; THENCE N.90°00'00"E., 361.51 FEET; THENCE N.00°00'00"W., 6.12 FEET; THENCE S.90°00'00"E., 32.12 FEET; THENCE N.00°00'00"W., 65.80 FEET; THENCE N.01°16'41"E., 126.76 FEET; THENCE S.89°53'09"E., 491.82 FEET; THENCE S.00°00'35"W., 215.96 FEET; THENCE

N.89°42'12"W., 52.17 FEET; THENCE S.00°00'00"E., 97.02 FEET; THENCE N.89°42'12"W., 115.22 FEET; THENCE N.88°08'25"W., 40.00 FEET; THENCE S.00°17'48"W., 55.00 FEET; THENCE N.88°08'25"W., 15.00 FEET; THENCE N.89°42'12"W., 74.64 FEET; THENCE S.00°00'46"E., 101.86 FEET TO THE BEGINNING OF A NON-TANGENT CURVE CONCAVE TO THE SOUTH HAVING A RADIUS OF 117.50 FEET; THENCE NORTHEASTERLY, 17.49 FEET ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 08°31'45", (CHORD BEARS N.86°01'56"E., 17.48 FEET); THENCE S.89°42'12"E., 11.84 FEET; THENCE S.00°17'48"W., 158.44 FEET TO THE SAID NORTHERLY RIGHT-OF-WAY LINE OF BLOOMINGDALE AVENUE; THENCE ALONG SAID RIGHT-OF-WAY LINE THE FOLLOWING THREE COURSES: N.89°33'12"W., 79.30 FEET; THENCE N.89°34'28"W., 272.20 FEET; THENCE N.89°33'12"W., 84.55 FEET TO THE POINT OF BEGINNING.

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Christopher M. Traber, Esq. 813/281-2222

B. Email Address

C. SEND ACKNOWLEDGEMENT TO:

Name     Christopher M. Traber, Esq.

Address  Nabors, Giblin & Nickerson, P.A.

Address  2502 Rocky Point Drive, Suite 1060

City/State/Zip  Tampa, Florida 33607

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

2014 Oct 06 08:00 AM

\*\*\*\*\*\* 201402335731 \*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME BVM The Bridges, LLC | | | | |
|---|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1.c MAILING ADDRESS Line One 7320 E. 86th Street | This space not available. | | | |
| MAILING ADDRESS Line Two Suite 100 | CITY Indianapolis | STATE IN | POSTAL CODE 46256 | COUNTRY USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME U.S. Bank National Association, as Master Trustee | | | | |
|---|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3.c MAILING ADDRESS Line One 225 E. Robinson Street | This space not available. | | | |
| MAILING ADDRESS Line Two Suite 250 | CITY Orlando | STATE FL | POSTAL CODE 32801 | COUNTRY USA |

**4.** This **FINANCING STATEMENT** covers the following collateral:

See Attached Exhibit A.

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required:

**7. OPTIONAL FILER REFERENCE DATA**

c/m#919-00001 State Filing (BVM The Bridges Master Indenture)

---

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

## EXHIBIT A TO UCC-1

**DEBTOR:**                           BVM The Bridges, LLC

**SECURED PARTY:**                    U.S. Bank National Association, as Master
                                      Trustee

All right, title and interest of the Debtor in the Trust Estate as provided in that certain Master Trust Indenture, dated as of July 1, 2014, as amended and supplemented (the "Master Trust Indenture") by and between the Debtor and the Secured Party as master trustee, to wit:

All revenue, accounts receivable, and Gross Revenues (as defined in the Master Trust Indenture) of the Obligated Group Members, including without limitation rights to receive payments from third party payors such as Medicare and Medicaid, but except and excluding all such items, whether now owned or hereafter acquired by the Obligated Group Members, which by their terms or by reason of applicable law would become void or voidable if granted, assigned, or pledged hereunder by the Obligated Group Members, or which cannot be granted, pledged, or assigned hereunder without the consent of other parties whose consent is not secured, or without subjecting the Secured Party to a liability not otherwise contemplated by the provisions hereof, or which otherwise may not be, or are not, hereby lawfully and effectively granted, pledged, and assigned by the Obligated Group Members, provided that the Obligated Group Members may subject to the lien hereof any such excepted property, whereupon the same shall cease to be excepted property; and

The land described on Schedule 1 hereto (the "Premises") and incorporated therein for all purposes, including, without limitation, all buildings, structures, fixtures, additions, enlargements, extensions, improvements, modifications or repairs now or hereafter located thereon or therein and with the tenements, hereditaments, servitudes, appurtenances, rights, privileges and immunities thereunto belonging or appertaining which may from time to time be owned by the Obligated Group Members, and all claims or expectancy, of, in and to the Premises, it being the intention of the parties hereto that, so far as may be permitted by law, all property of the character hereinabove described, which is now owned or is hereafter acquired by the Obligated Group Members (except the Excluded Property), and is affixed or attached or annexed to the Premises, shall be and remain or become and constitute a portion of the Premises, and the security covered by and subject to the lien of the Master Trust Indenture and the Mortgage; and

All of the rights, titles, interests and estates, now owned or hereafter acquired by the Obligated Group Members in and to any and all accounts, chattel paper, goods, documents, instruments, general intangibles, deposit accounts, investment property, equipment, inventory, fixtures, and any and all other personal property of any kind or

A-1

character defined in and subject to the provisions of the Florida Uniform Commercial Code, including the supporting obligations thereof, proceeds and products of and from any and all of such personal property used in connection with or arising out of the operation and use of the improvements located on the Premises and any substitutions or replacements therefor; and

Any amounts on deposit from time to time in any fund or account created under the Master Trust Indenture, subject to the provisions of the Master Trust Indenture permitting the application thereof for the purposes and on the terms and conditions set forth herein; and

Any and all property that may, from time to time hereinafter, by delivery or by writing of any kind, be subjected to the security interest hereof by the Obligated Group Members or by anyone on their behalf (and the Secured Party is hereby authorized to receive the same at any time as additional security hereunder), which subject to the security interest hereof of any such property as additional security may be made subject to any reservations, limitations, or conditions which shall be set forth in a written instrument executed by the grantor or the person so acting in its behalf or by the Secured Party respecting the use and disposition of such property or the proceeds thereof;

All capitalized terms not otherwise defined in this Exhibit A shall have the meaning assigned to such terms in the Master Trust Indenture. A copy of the Master Trust Indenture is on file with the Secured Party.

## SCHEDULE 1 TO EXHIBIT A

### LEGAL DESCRIPTION OF THE PREMISES

BRIDGES PARCEL 1: (HILLSBOROUGH COUNTY)
A PORTION OF THE SOUTHWEST 1/4 OF SECTION 4, TOWNSHIP 30 SOUTH, RANGE 20 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHWEST 1/4 OF SAID SECTION 4; THENCE N.89°42'03"W., 1127.66 FEET ALONG THE SOUTHERLY BOUNDARY LINE OF SAID SOUTHWEST 1/4; THENCE N.00°00'00"W., 36.51 FEET TO THE NORTHERLY RIGHT-OF-WAY LINE OF BLOOMINGDALE AVENUE TO THE POINT OF BEGINNING, SAID POINT ALSO BEING THE SOUTHEAST CORNER OF THAT CERTAIN PARCEL CONVEYED BY DEED RECORDED IN OFFICIAL RECORDS BOOK 16491, PAGE 390, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE BOUNDARY LINE OF SAID PARCEL THE FOLLOWING FIVE COURSES: N.89°33'12"W., 152.18 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE OF BLOOMINGDALE AVENUE; THENCE N.43°56'06"W., 47.57 FEET ALONG SAID RIGHT-OF-WAY LINE TO THE EASTERLY RIGHT-OF-WAY LINE OF PATTERSON ROAD; THENCE N.00°00'46"W., 144.56 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE; THENCE N.89°59'14"E., 186.62 FEET; THENCE S.00°26'48"W., 180.05 FEET TO THE POINT OF BEGINNING.
BRIDGES PARCEL 2: (HILLSBOROUGH COUNTY)
A PORTION OF THE SOUTHWEST 1/4 OF SECTION 4, TOWNSHIP 30 SOUTH, RANGE 20 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHWEST 1/4 OF SAID SECTION 4; THENCE N.89°42'03"W., 1127.66 FEET ALONG THE SOUTHERLY BOUNDARY LINE OF SAID SOUTHWEST 1/4; THENCE N.00°00'00"W., 36.51 FEET TO THE NORTHERLY RIGHT-OF-WAY LINE OF BLOOMINGDALE AVENUE AND THE POINT OF BEGINNING; THENCE N.00°26'48"E., 180.05 FEET; THENCE S.89°59'14"W., 186.62 FEET TO THE EASTERLY RIGHT-OF-WAY LINE OF PATTERSON ROAD; THENCE ALONG SAID RIGHT-OF-WAY LINE THE FOLLOWING TWO COURSES: N.00°00'46"W., 234.25 FEET; THENCE N.10°50'31"E., 9.03 FEET; THENCE N.90°00'00"E., 361.51 FEET; THENCE N.00°00'00"W., 6.12 FEET; THENCE S.90°00'00"E., 32.12 FEET; THENCE N.00°00'00"W., 65.80 FEET; THENCE N.01°16'41"E., 126.76 FEET; THENCE S.89°53'09"E., 491.82 FEET; THENCE S.00°00'35"W., 215.96 FEET; THENCE N.89°42'12"W., 52.17 FEET; THENCE S.00°00'00"E., 97.02 FEET; THENCE N.89°42'12"W., 115.22 FEET; THENCE N.88°08'25"W., 40.00 FEET; THENCE S.00°17'48"W., 55.00 FEET; THENCE N.88°08'25"W., 15.00 FEET; THENCE N.89°42'12"W., 74.64 FEET; THENCE S.00°00'46"E., 101.86 FEET TO THE

BEGINNING OF A NON-TANGENT CURVE CONCAVE TO THE SOUTH HAVING A RADIUS OF 117.50 FEET; THENCE NORTHEASTERLY, 17.49 FEET ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 08°31'45", (CHORD BEARS N.86°01'56"E., 17.48 FEET); THENCE S.89°42'12"E., 11.84 FEET; THENCE S.00°17'48"W., 158.44 FEET TO THE SAID NORTHERLY RIGHT-OF-WAY LINE OF BLOOMINGDALE AVENUE; THENCE ALONG SAID RIGHT-OF-WAY LINE THE FOLLOWING THREE COURSES: N.89°33'12"W., 79.30 FEET; THENCE N.89°34'28"W., 272.20 FEET; THENCE N.89°33'12"W., 84.55 FEET TO THE POINT OF BEGINNING.

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE
## FINANCING STATEMENT AMENDMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Jesse E. Graham, Jr., Esq., 407-540-6600

**B. SEND ACKNOWLEDGEMENT TO:**

| | |
|---|---|
| Name | BURR & FORMAN LLP |
| Address | 200 S. Orange Avenue, Suite 800 |
| City/State/Zip | Orlando, FL 32801 |

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
### 2015 Sep 17 08:00 AM
### ****** 201505035692 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| **1a. INITIAL FINANCING STATEMENT FILE # 201402335731** | **1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

**2. CURRENT RECORD INFORMATION – DEBTOR NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b)**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BVM The Bridges, LLC** | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**3. CURRENT RECORD INFORMATION – SECURED PARTY NAME – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **U.S. Bank National Association, as Master Trustee** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**4.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ☐ **ASSIGNMENT** ☐ Full or ☐ Partial: Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.
☐ CHANGE name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.
☐ DELETE name: Give record name to be deleted in item 8a or 8b.
☐ ADD name: Complete item 9a or 9b, and 9c;

**8. CURRENT RECORD INFORMATION – INSERT ONLY ONE NAME (8a OR 8b) – Do Not Abbreviate or Combine Names**

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**9. CHANGED (NEW) OR ADDED INFORMATION: – INSERT ONLY ONE NAME (9a OR 9b) – Do Not Abbreviate or Combine Names**

| 9a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 9b. INDIVIDUALS' SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 9c. MAILING ADDRESS (Line One) | | This space not available | | |
| MAILING ADDRESS (Line two) | CITY | STATE | POSTAL CODE | COUNTRY |

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ DELETED or ☐ ADDED, or give entire ■ RESTATED collateral description, or describe collateral ☐ ASSIGNED collateral.
**Parcels 101, 102, 103, 104, 105 and 106 described on Exhibit A attached hereto are hereby released and Parcels 201, 202 and 203 described on Exhibit B attached hereto are hereby added as additional mortgaged property**

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ■ and enter name of DEBTOR authorizing this Amendment.

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **U.S. Bank National Association, as Master Trustee** | | | |
| 11b. INDIVIDUALS' LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| **12. OPTIONAL FILER REFERENCE DATA** | 27617-00001 | **STATE FILING** |
|---|---|---|

| STANDARD FORM - FORM UCC-3 (REV.05/2013) | Filing Office Copy | Approved by the Secretary of State, State of Florida |
|---|---|---|

## EXHIBIT "A"
## To UCC-3 Financing Statement

### Released Property

Parcels 101, 102, 103, 104, 105 and 106 each as described and sketched on the attached



## DESCRIPTION SKETCH
### (Not a Survey)

**LOCATION SKETCH** SCALE (1" = 200')

WATSON ROAD

BLOOMINGDALE AVENUE

PATTERSON ROAD

SITE

## DESCRIPTION: (PARCEL 101)

A portion of the Southwest 1/4 of Section 4, Township 30 South, Range 20 East, Hillsborough County, Florida, described as follows:

COMMENCE at the Southeast corner of the Southwest 1/4 of said Section 4; thence N.89°42'03"W., 691.80 feet along the Southerly boundary line of the Southwest 1/4 of said Section 4; thence N.00°17'48"E., 42.05 feet to the POINT OF BEGINNING; thence N.89°40'47"W., 11.29 feet to the beginning of a non-tangent curve concave to the Northeast having a radius of 23.50 feet; thence Northwesterly, 31.93 feet along said curve through a central angle of 77°50'22" (chord bears N.38°55'11"W., 29.53 feet); thence N.00°00'00"E., 75.10 feet to the beginning of a curve concave to the Southeast having a radius of 18.50 feet; thence Northeasterly, 28.41 feet along said curve through a central angle of 87°58'32" (chord bears N.43°59'16"E., 25.70 feet) to the beginning of a compound curve concave to the South having a radius of 382.00 feet; thence Northeasterly, 12.60 feet along said curve through a central angle of 01°53'25" (chord bears N.88°55'15"E., 12.60 feet); thence S.00°17'48"W., 116.87 feet to the POINT OF BEGINNING.

Contains 3,334.78 Square Feet, more or less.

Radius = 23.50'  Delta = 77°50'22"  Arc = 31.93'  Chord = 29.53'  Chord Bearing: N38°55'11"W

Radius = 18.50'  Delta = 87°58'32"  Arc = 28.41'  Chord = 25.70'  Chord Bearing: N43°59'16"E

Radius = 382.00'  Delta = 1°53'25"  Arc = 12.60'  Chord = 12.60'  Chord Bearing: N88°55'15"E

PARCEL 101

POB

N00°00'00"E 75.10'

N89°40'47"W 11.29'

N00°17'48"E 42.05'

S00°17'48"W 116.87'

SOUTH BOUNDARY OF SW 1/4 OF SECTION 4-30-20

POC
S.E. CORNER OF S.W. 1/4 OF SECTION 4, TOWNSHIP 30 SOUTH, RANGE 20 EAST.

N89°42'03"W 691.80'

**BASIS OF BEARINGS:**
SOUTH BOUNDARY OF
S.W. 1/4 OF SECTION 4.
BEAR'S N.89°42'03"W., (GRID).

**L E G E N D:**
POB = POINT OF BEGINNING
POC = POINT OF COMMENCEMENT
SEC. = SECTION   TWP. = TOWNSHIP
RGE. = RANGE
PB = PLAT BOOK   PGS = PAGES
(P) = PLAT   RW = RIGHT-OF-WAY
O.R. = OFFICIAL RECORDS

NORTH   SCALE: 1" = 40'

## SURVEYOR'S CERTIFICATE
The sketch represented hereon conforms to the requirements of Chapter 5J-17, Florida Administrative Code.

SCOTT R. FOWLER   DATE OF SIGNATURE
FLORIDA REGISTERED LAND SURVEYOR NO. 5185
Drawing Date:   5-12-15

**R E V I S I O N S**

| Description | Date | Own. | Ck'd | Order No. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Drawn: MAC   Checked: SRF
Original No.: 20600030   Current No.: 20600030

**N O T E S:**
1. LANDMARK ENGINEERING & SURVEYING CORPORATION'S Certificate of Authorization Number to provide surveying is LB3913.

2. This drawing not valid without the signature and original seal of a Florida Registered Surveyor & Mapper.

3. No instruments of record reflecting easements, rights-of-way and/or ownership were furnished to this surveyor except as shown hereon.

**LANDMARK**
Engineering & Surveying Corporation
8515 Palm River Road   Tampa, Florida 33619
(813) 621-7841   (813) 664-1832 (fax)
www.lesc.com   L.B. 3913

Sec.: 4   Twp.: 30 S.   Rge.: 20 E.

2060030

# DESCRIPTION SKETCH
## (Not a Survey)

## DESCRIPTION: (PARCEL 102)

A portion of the Southwest 1/4 of Section 4, Township 30 South, Range 20 East, Hillsborough County, Florida, described as follows:

COMMENCE at the Southeast corner of the Southwest 1/4 of said Section 4; thence N.89°42'03"W., 691.80 feet along the Southerly boundary line of the Southwest 1/4 of said Section 4; thence N.00°17'48"E., 193.93 feet; thence N.89°42'12"W., 11.84 feet to the beginning of a curve concave to the Southeast having a radius of 117.50 feet; thence Southwesterly, 17.49 feet along said curve through a central angle of 08°31'45" (chord bears S.86°01'55"W., 17.48 feet); thence N.00°00'46"W., 1.45 feet to the POINT OF BEGINNING; thence S.88°21'55"W., 8.49 feet; thence S.89°43'52"W., 27.95 feet to the beginning of a non-tangent curve concave to the Southeast having a radius of 382.00 feet; thence Southwesterly, 14.57 feet along said curve through a central angle of 02°11'07" (chord bears S.86°04'24"W., 14.57 feet) to the beginning of a reverse curve concave to the Northeast having a radius of 2.00 feet; thence Northwesterly, 3.25 feet along said curve through a central angle of 93°07'50" (chord bears N.46°16'07"W., 2.90 feet); thence N.00°17'48"E., 107.59 feet to the beginning of a non-tangent curve concave to the Northwest having a radius of 8.00 feet; thence Northeasterly, 12.59 feet along said curve through a central angle of 90°10'46" (chord bears N.26°53'57"E., 11.33 feet); thence N.90°00'00"E., 19.10 feet to the beginning of a curve concave to the Southwest having a radius of 20.00 feet; thence Southeasterly, 10.16 feet along said curve through a central angle of 29°05'50" (chord bears S.75°26'35"E., 10.05 feet) to the beginning of a reverse curve concave to the Northeast having a radius of 15.00 feet; thence Southeasterly, 7.54 feet along said curve through a central angle of 28°49'01" (chord bears S.75°17'41"E., 7.47 feet); thence S.89°42'12"E., 93.99 feet to the beginning of a curve concave to the Northwest having a radius of 20.00 feet; thence Northeasterly, 7.18 feet along said curve through a central angle of 20°34'19" (chord bears N.80°00'03"E., 7.14 feet); thence S.00°17'48"W., 15.13 feet; thence N.88°18'25"W., 15.00 feet; thence N.89°42'12"W., 74.64 feet; thence S.00°00'46"E., 100.40 feet to the POINT OF BEGINNING.

Contains 7,349.29 Square Feet, more or less.

## LOCATION SKETCH  SCALE (1" = 200')



WATSON ROAD

BLOOMINGDALE AVENUE

SITE

PATTERSON ROAD

### LEGEND:
POB = POINT OF BEGINNING
POC = POINT OF COMMENCEMENT
SEC. = SECTION   TWP. = TOWNSHIP
RGE. = RANGE
PB = PLAT BOOK    PGS = PAGES
(P) = PLAT        R/W = RIGHT-OF-WAY
O.R. = OFFICIAL RECORDS

### NOTES:
1. LANDMARK ENGINEERING & SURVEYING CORPORATIONS Certificate of Authorization Number to provide surveying is LB3913.

2. This drawing not valid without the signature and original seal of a Florida Registered Surveyor & Mapper.

3. No instruments of record reflecting easements, rights-of-way and/or ownership were furnished to this surveyor except as shown hereon.

**SHEET**

**1 OF 2**

## REVISIONS

| Description | Date | Dwn. | Ck'd | Order No. |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Drawn: WMC   Checked: Fn.
Original No.: 20060030   Current No.: 20060030

## SURVEYORS - CERTIFICATE

The sketch represented hereon conforms to the requirements of Chapter 5J-17, Florida Administrative Code.

_Scott R. Fowler_   5/12/15
SCOTT R. FOWLER   DATE OF SIGNATURE

FLORIDA REGISTERED LAND SURVEYOR NO. 5185
Drawing Date:   5-12-15

2060030

## LANDMARK
Engineering & Surveying Corporation

9815 Palm River Road | Tampa, Florida 33619
(813) 621-7841   (813) 664-1802 (fax)
www.lesc.com | LB. 3913

Sec.: 4    Twp.: 30 S.    Rge.: 20 E.

P:\Survey\cg20060030\CAD\new\DWG\20060030\sk4-3 sketch.dwg, 5/12/2015 1:03:59 PM





# DESCRIPTION SKETCH
(Not a Survey)

## DESCRIPTION: (PARCEL 103)

A portion of the Southwest 1/4 of Section 4, Township 30 South, Range 20 East, Hillsborough County, Florida, described as follows:

COMMENCE at the Southeast corner of the Southwest 1/4 of said Section 4; thence N.89°42'03"W., 651.80 feet along the Southerly boundary line of the Southwest 1/4 of said Section 4; thence N.00°17'48"E., 193.93 feet; thence N.89°42'12"W., 11.84 feet to the beginning of a curve concave to the Southeast having a radius of 117.50 feet; thence Southwesterly, 17.49 feet along said curve through a central angle of 08°31'45" (chord bears S.86°10'56"W., 17.48 feet); thence N.00°00'46"W., 101.85 feet; thence S.89°42'12"E., 74.64 feet; thence S.88°08'25"E., 15.00 feet; thence N.00°17'48"E., 55.00 feet; thence S.88°08'25"E., 40.00 feet; thence S.89°42'12"E., 64.96 feet to the POINT OF BEGINNING and the beginning of a curve concave to the Northwest having a radius of 50.00 feet; thence Northeasterly, 78.80 feet along said curve through a central angle of 90°17'48" (chord bears N.45°08'54"E., 70.89 feet); thence S.00°00'00"E., 50.26 feet; thence N.89°42'12"W., 50.26 feet to the POINT OF BEGINNING.

Contains 543.01 Square Feet, more or less.

## LOCATION SKETCH SCALE (1" = 200')

BLOOMINGDALE AVENUE

SITE

WATSON ROAD

PATTERSON ROAD

L E G E N D:
POB = POINT OF BEGINNING
POC = POINT OF COMMENCEMENT
SEC. = SECTION          TWP. = TOWNSHIP
RGE = RANGE
P.B = PLAT BOOK          PGS = PAGES
(P) = PLAT               R/W = RIGHT-OF-WAY
O.R. = OFFICAL RECORDS

N O T E S:
1. LANDMARK ENGINEERING & SURVEYING
CORPORATIONS Certificate of Authorization
Number to provide surveying is LB3913.

2. This drawing not valid without the signature and
original seal of a Florida Registered Surveyor &
Mapper.

3. No instruments of record reflecting easements,
rights-of-way and/or ownership were furnished to
this surveyor except as shown hereon.

SHEET
1 OF 2

| Description | R E V I S I O N S | | | | |
|---|---|---|---|---|---|
| | Date | Dwn. | Ck'd | Order No. | |
| | | | | | |
| | | | | | |
| | | | | | |

Drawn: MAC   Checked: [sig]
Original No.: 20060030   Current No.: 20060030

## SURVEYORS' CERTIFICATE

The sketch represented hereon conforms
to the requirements of Chapter 5J–17,
Florida, Administrative Code.

[signature]   5/13/15

SCOTT R. FOWLER
FLORIDA REGISTERED LAND SURVEYOR NO. 5185
Drawing Date:   5–12–15
DATE OF SIGNATURE



2060030

# LANDMARK
Engineering & Surveying Corporation

8515 Palm River Road | Tampa, Florida 33619
(813) 621-7841 | (813) 664-1802 (fax)
www.lesc.com | L.B. 3913

Sec.: 4   Twp.: 30 S.   Rge.: 20 E.

P:\Surveying\20600030\CAD\survey\DWG\20600030sketch-B sketches.dwg, 5/13/2015 1:18:22 PM



DESCRIPTION SKETCH
(Not a Survey)

SHEET
2 OF 2



# DESCRIPTION SKETCH
(Not a Survey)

## DESCRIPTION: (PARCEL 104)

A portion of the Southwest 1/4 of Section 4, Township 30 South, Range 20 East, Hillsborough County, Florida, described as follows:

COMMENCE at the Southeast corner of the Southwest 1/4 of said Section 4; thence N.89°42'03"W., 691.80 feet along the Southerly boundary line of the Southwest 1/4 of said Section 4; thence N.00°17'48"E., 193.93 feet (thence N.89°42'12"W., 11.84 feet to the beginning of a curve concave to the Southeast having a radius of 117.50 feet; thence Southwesterly, 17.49 feet along said curve through a central angle of 08°31'45" (chord bears S.86°01'56"W., 17.48 feet); thence N.00°17'48"E., 55.00 feet; thence S.88°08'25"E., 40.00 feet; thence thence S.88°08'25"E., 15.00 feet; thence N.00°17'48"E., 101.85 feet; thence S.89°42'12"E., 74.64 feet; S.89°42'12"E., 115.22 feet; thence N.00°00'00"W., 97.02 feet; thence S.89°42'12"E., 18.81 feet to the POINT OF BEGINNING and the beginning of a curve concave to the Southeast having a radius of 50.00 feet; thence Northeasterly, 8.74 feet along said curve through a central angle of 10°01'14" (chord bears N.56°25'11"E., 8.73 feet) to the beginning of a reverse curve concave to the Northwest having a radius of 50.00 feet; thence Northeasterly, 53.60 feet along said curve through a central angle of 61°25'13" (chord bears N.30°43'11"E., 51.07 feet); thence S.00°00'35"W., 48.91 feet; thence N.89°42'12"W., 33.35 feet to the POINT OF BEGINNING.

Contains 477.77 Square Feet, more or less.

## LOCATION SKETCH SCALE (1" = 200')

WATSON ROAD

SITE

BLOOMINGDALE AVENUE

PATTERSON ROAD

## LEGEND:
POB = POINT OF BEGINNING
POC = POINT OF COMMENCEMENT
SEC. = SECTION          TWP. = TOWNSHIP
RGE. = RANGE
PB = PLAT BOOK          PGS = PAGES
(P) = PLAT              R/W = RIGHT-OF-WAY
O.R. = OFFICIAL RECORDS

## NOTES:
1. LANDMARK ENGINEERING & SURVEYING CORPORATIONS Certificate of Authorization Number to provide surveying is LB5913.

2. This drawing not valid without the signature and original seal of a Florida Registered Surveyor & Mapper.

3. No instruments of record reflecting easements, rights-of-way and/or ownership were furnished to this surveyor except as shown hereon.

## SURVEYORS CERTIFICATE
The sketch represented hereon conforms to the requirements of Chapter 5J-17, Florida Administrative Code.

SCOTT R. FOWLER          DATE OF SIGNATURE    5-12-15
FLORIDA REGISTERED LAND SURVEYOR NO. 5185
Drawing Date:  5-12-15

| R E V I S I O N S | | | | |
|---|---|---|---|---|
| Description | Date | Dwn. | Ck'd | Order No. |
| | | | | |
| | | | | |
| | | | | |

Drawn: MAC    Checked: RW
Original No.: 2060030    Current No.: 2060030

SHEET
1 OF 2

LANDMARK
Engineering & Surveying Corporation
8815 Palm River Road  |  Tampa, Florida 33619
(813) 621-7841    (813) 664-1528 (fax)
www.lasc.com  |  L.B. 5913

2060030

Sec.:  4    Twp.:  30    S.    Rge.:  20    E.

P:\Survey\jg\2060030\CAD\Survey\DWG\2060030Sk4.9 sketchn.dwg, 5/13/2015 1:16:51 PM



DESCRIPTION SKETCH
(Not a Survey)

NORTH
SCALE: 1" = 40'

BASIS OF BEARINGS:
SOUTH BOUNDARY OF
S.W. 1/4 OF SECTION 4,
BEARS N89°43'03"W, (GRID).

PARCEL 104

POB

POC
S.E. CORNER OF S.W. 1/4 OF
SECTION 4, TOWNSHIP 30 SOUTH,
RANGE 20 EAST.

SOUTH BOUNDARY OF SW 1/4
OF SECTION 4-30-20

Radius = 50.00'    Delta = 61°25'13"
Arc = 53.60'    Chord = 51.07'
Chord Bearing:    N37°43'11"E

Radius = 50.00'    Delta = 10°01'14"
Arc = 8.74'    Chord = 8.73'
Chord Bearing:    N56°25'11"E

S89°42'12"E 18.81'

N00°00'00"W 97.02'

S89°42'12"E 115.22'

S89°08'25"E 40.00'

S00°00'35"W 48.91'

N89°42'12"W 11.36'

S89°08'25"E 15.00'

N89°42'12"W 11.84'

N00°17'48"E 55.00'

S89°42'12"E 74.64'

N89°42'01"W 691.80'

N00°17'48"E 193.93'

N00°46'00"W 101.65'

Radius = 117.50'    Delta = 08°31'45"
Arc = 17.49'    Chord = 17.48'
Chord Bearing:    S89°01'56"W

NOTE:
SEE SHEET 1 FOR DESCRIPTION, NOTES,
LEGEND AND LOCATION SKETCH.

LANDMARK
Engineering & Surveying Corporation
6515 Palm River Road | Tampa, Florida 33619
(813) 621-7841    (813) 664-1832 (fax)
- www.lesc.com    L.B. 3913

Sec: 4    Twp: 30 S.    Rge: 20 E.

Drawn: WAC    Job No.: 2060030

SHEET
2 OF 2



# DESCRIPTION SKETCH
(Not a Survey)

## DESCRIPTION: (PARCEL 105)

A portion of the Southwest 1/4 of Section 4, Township 30 South, Range 20 East, Hillsborough County, Florida, described as follows:

COMMENCE at the Southeast corner of the Southwest 1/4 of said Section 4; thence N.89°42'03"W., 691.80 feet along the Southerly boundary line of the Southwest 1/4 of said Section 4; thence N.00°17'48"E., 193.93 feet; thence N.89°42'12"W., 11.84 feet to the beginning of a curve concave to the Southeast having a radius of 117.50 feet; thence Southwesterly, 17.49 feet along said curve through a central angle of 08°31'45" (chord bears S.85°01'56"W., 17.48 feet); thence N.00°00'46"W., 101.85 feet; thence S.89°42'12"E., 74.64 feet; thence S.88°08'25"E., 15.00 feet; thence N.00°17'48"E., 55.00 feet; thence S.88°08'25"E., 40.00 feet; thence S.89°42'12"E., 115.22 feet; thence N.00°00'00"W., 97.02 feet; thence S.89°42'12"E., 52.17 feet; thence N.00°00'35"E., 199.99 feet to the POINT OF BEGINNING and the beginning of a curve concave to the Southwest having a radius of 16.00 feet; thence Northwesterly, 25.10 feet along said curve through a central angle of 89°53'43" (chord bears N.44°56'17"W., 22.61 feet); thence S.89°53'09"E., 15.37 feet; thence S.00°00'35"W., 15.87 feet to the POINT OF BEGINNING.

Contains 54.70 Square Feet, more or less.

## LOCATION SKETCH  SCALE (1" = 200')

PATTERSON ROAD

WATSON ROAD

BLOOMINGDALE AVENUE

SITE

## LEGEND:

POB = POINT OF BEGINNING
POC = POINT OF COMMENCEMENT
SEC. = SECTION    TWP. = TOWNSHIP
RGE. = RANGE
PB = PLAT BOOK        PGS = PAGES
(P) = PLAT        RW = RIGHT-OF-WAY
O.R. = OFFICIAL RECORDS

## NOTES:

1. LANDMARK ENGINEERING & SURVEYING CORPORATIONS Certificate of Authorization Number to provide surveying is LB3913.

2. This drawing not valid without the signature and original seal of a Florida Registered Surveyor & Mapper.

3. No instruments of record reflecting easements, rights-of-way and/or ownership were furnished to this surveyor except as shown hereon.

SHEET
1 OF 2

## SURVEYORS' CERTIFICATE

The sketch represented herein conforms to the requirements of Chapter 5J-17, Florida Administrative Code.

SCOTT. R. FOWLER
FLORIDA REGISTERED LAND SURVEYOR NO. 5185
Drawing Date:  5-12-15

DATE OF
SIGNATURE

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| Description | Date | Dwn. | Ck'd | Order No. | |

Drawn: MAC    Checked: SRF
Original No.: 20060030    Current No.: 20060030

2060030



### LANDMARK
Engineering & Surveying Corporation

8515 Palm River Road      Tampa, Florida 33619
(813) 621-7841        (813) 664-1622 (fax)
www.lesc.com        L.B. 3913

Sec.: 4    Twp.: 30 S.    Rge.: 20 E.

P:\Surveys\pg2006030\DWG\Surveys\DWG\2060030sk-8 sketches.dwg, 5/12/2015 1:11:07 PM



DESCRIPTION SKETCH
(Not a Survey)

NORTH

SCALE: 1" = 40'

BASIS OF BEARINGS:
SOUTH BOUNDARY OF
S.W. 1/4 OF SECTION 4,
BEARS N.89°42'07"W., (GRID).

POB
PARCEL 105

S00°00'35"W 15.97'

S89°57'09"E 15.97'

Radius = 16.00'    Delta = 89°57'43"
Arc = 25.10'    Chord = 22.61'
Chord Bearing:    N44°56'17"W

N00°00'35"E 199.99'
S89°42'12"E 52.17'
N00°00'00"W 97.02'
S89°42'12"E 115.22'

S88°08'25"E 42.00'

S89°42'12"E 74.64'

N00°17'48"E 55.00'

S88°08'25"E 15.00'

N89°42'12"W 11.84'

POC
S.E. CORNER OF S.W. 1/4 OF
SECTION 4, TOWNSHIP 30 SOUTH,
RANGE 20 EAST.

N89°42'03"W 691.80'

N00°17'48"E 191.97'

SOUTH BOUNDARY OF SW1/4
OF SECTION 4-30-20

N00°00'49"W 101.85'

Radius = 117.50'    Delta = 08°31'45"
Arc = 17.49'    Chord = 17.48'
Chord Bearing:    S86°01'56"W

SHEET
2 OF 2

NOTE:
SEE SHEET 1 FOR DESCRIPTION NOTES,
LEGEND AND LOCATION SKETCH.

LANDMARK
Engineering & Surveying Corporation

8615 Palm River Road    Tampa, Florida 33619
(813) 621-7841    (813) 664-1832 (fax)
www.lesc.com    L.B. 3913

Sec.:  4    Twp.:  30  S.    Rge.:  20  E.

Drawn: MAC

Job No.: 2060090

P:\Survey\e\2060090\CAD\Survey\DWG\2060090sk-9 sketches.dwg, 5/12/2015 1:11:15 PM



# DESCRIPTION SKETCH
## (Not a Survey)

## DESCRIPTION: (PARCEL 106)

A portion of the Southwest 1/4 of Section 4, Township 30 South, Range 20 East, Hillsborough County, Florida, described as follows:

COMMENCE at the Southeast corner of the Southwest 1/4 of said Section 4; thence N.89°42'03"W., 691.80 feet along the Southerly boundary line of the Southwest 1/4 of said Section 4; thence N.00°17'48"E., 193.93 feet; thence N.89°42'12"W., 11.84 feet to the beginning of a curve concave to the Southeast having a radius of 117.50 feet; thence Southwesterly, 17.49 feet along said curve through a central angle of 08°31'45" (chord bears S.86°01'56"W., 17.46 feet); thence N.00°00'46"W., 101.85 feet; thence S.89°42'12"E., 74.64 feet; thence N.00°17'48"E., 55.00 feet; thence S.89°08'25"E., 40.00 feet; thence S.89°42'12"E., 115.22 feet; thence N.00°00'00"W., 97.02 feet; thence S.89°42'12"E., 52.17 feet; thence N.00°00'35"E., 215.96 feet; thence N.89°53'09"W., 477.12 feet to the POINT OF BEGINNING and the beginning of a curve concave to the Southwest having a radius of 15.00 feet; thence Southwesterly, 23.26 feet along said curve through a central angle of 88°50'11" (chord bears S.45°41'46"W., 21.00 feet); thence N.01°16'41"E., 14.70 feet; thence S.89°53'09"E., 14.70 feet to the POINT OF BEGINNING.

Contains 46.05 Square Feet, more or less.

---

**LOCATION SKETCH** SCALE (1" = 200')

BLOOMINGDALE AVENUE

WATSON ROAD

PATTERSON ROAD

SITE

## L E G E N D:
POB = POINT OF BEGINNING
POC = POINT OF COMMENCEMENT
SEC. = SECTION   TWP. = TOWNSHIP
RGE = RANGE
PB = PLAT BOOK   PGS = PAGES
(P) = PLAT   R/W = RIGHT-OF-WAY
O.R. = OFFICIAL RECORDS

## N O T E S:
1. LANDMARK ENGINEERING & SURVEYING CORPORATIONS Certificate of Authorization Number to provide surveying is LB3913.

2. This drawing not valid without the signature and original seal of a Florida Registered Surveyor & Mapper.

3. No instruments of record reflecting easements, rights-of-way and/or ownership were furnished to this surveyor except as shown hereon.

**SHEET**
**1 OF 2**

| R E V I S I O N S | | | | |
|---|---|---|---|---|
| Description | Date | Dwn. | Ck'd | Order No. |
| | | | | |
| | | | | |
| | | | | |

Drawn: WAC   Checked:
Original No.: 2060030   Current No.: 2060030

## SURVEYORS CERTIFICATE
The sketch represented hereon conforms to the requirements of Chapter 5J-17, Florida Administrative Code.

SCOTT R. FOWLER
FLORIDA REGISTERED LAND SURVEYOR NO. 5185
Drawing Date:   5-12-15

DATE OF SIGNATURE   5/3/16

**LANDMARK**
Engineering & Surveying Corporation
8515 Palm River Road   Tampa, Florida 33619
(813) 621-7841   (813) 664-1822 (fax)
www.leec.com   L.B. 3913

2060030

Sec.: 4   Twp.: 30 S.   Rge.: 20 E.

P:\Surveys\jpg\2060030\DASurvey\DWDC060030aka 9 sketches.dwg, 5/13/2015 1:11:23 PM



DESCRIPTION SKETCH
(Not a Survey)

SHEET
2 OF 2

LANDMARK
Engineering & Surveying Corporation

8515 Palm River Road | Tampa, Florida 33619
(813) 621-7841    (813) 654-1822 (fax)
www.lesc.com    L.B. 3913

NOTE:
SEE SHEET 1 FOR DESCRIPTION, NOTES,
LEGEND AND LOCATION SKETCH

Drawn: MAC
Job No.: 20060030

Sec: 4    Twp: 30    S.    Rge: 20    E.

## EXHIBIT "B"
### To UCC-3 Financing Statement

## Additional Mortgaged Property

Parcels 201, 202 and 203 each as described and sketched on the attached



# DESCRIPTION SKETCH
(Not a Survey)

## DESCRIPTION: (PARCEL 201)

A portion of the Southwest 1/4 of Section 4, Township 30 South, Range 20 East, Hillsborough County, Florida, described as follows:

COMMENCE at the Southeast corner of the Southwest 1/4 of said Section 4; thence N.89°42'03"W., 691.80 feet along the Southerly boundary line of the Southwest 1/4 of said Section 4; thence N.00°17'48"E., 193.93 feet; thence N.89°42'12"W., 11.84 feet to the beginning of a curve concave to the Southeast having a radius of 117.50 feet; thence Southwesterly, 17.49 feet along said curve through a central angle of 08°31'45" (chord bears S.86°01'56"W., 17.48 feet); thence N.00°00'46"W., 101.85 feet; thence S.89°42'12"E., 74.64 feet; thence S.88°08'25"E., 15.00 feet; thence N.00°17'48"E., 15.13 feet to the POINT OF BEGINNING; thence continue N.00°17'48"E., 39.67 feet; thence S.88°08'25"E., 40.00 feet; thence S.89°42'12"E., 16.61 feet to the beginning of a curve concave to the Southeast having a radius of 39.00 feet; thence Southwesterly, 31.40 feet along said curve through a central angle of 46°08'16" (chord bears S.67°13'41"W., 30.56 feet); thence S.44°09'33"W., 30.43 feet to the beginning of a curve concave to the Northwest having a radius of 20.00 feet; thence Southwesterly, 8.92 feet along said curve through a central angle of 25°33'56" (chord bears S.56°55'31"W., 8.85 feet) to the POINT OF BEGINNING.

Contains 881.48 Square Feet, more or less.

---

## LOCATION SKETCH  SCALE (1" = 200')

WATSON ROAD

BLOOMINGDALE AVENUE

SITE

PATTERSON ROAD

## LEGEND:
POB = POINT OF BEGINNING
POC = POINT OF COMMENCEMENT
SEC. = SECTION    TWP. = TOWNSHIP
RGE. = RANGE
PB = PLAT BOOK    PGS = PAGES
(P) = PLAT    R/W = RIGHT-OF-WAY
O.R. = OFFICIAL RECORDS

## NOTES:
1. LANDMARK ENGINEERING & SURVEYING CORPORATIONS Certificate of Authorization Number to provide surveying is LB3913.

2. This drawing not valid without the signature and original seal of a Florida Registered Surveyor & Mapper.

3. No instruments of record reflecting easements, rights-of-way and/or ownership were furnished to this surveyor except as shown hereon.

## SURVEYORS CERTIFICATE
The sketch represented hereon conforms to the requirements of Chapter 5J-17, Florida Administrative Code.

SCOTT R. FOWLER    DATE OF SIGNATURE
FLORIDA REGISTERED LAND SURVEYOR NO. 5185
Drawing Date: 5-12-15

**LANDMARK**
Engineering & Surveying Corporation
8515 Palm River Road    Tampa, Florida 33619
(813) 621-7841    (813) 664-1832 (fax)
www.lesc.com    L.B. 3913

Sec: 4    Twp: 30 S.    Rge: 20 E.

2060030

| REVISIONS | | | | | |
|---|---|---|---|---|---|
| Description | Date | Dwn. | Ck'd | Order No. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Drawn: WC    Checked: Fa
Original No.: 20060030    Current No.: 20060030

SHEET
1 OF 2

P:\Survey\pro\2060030\CAD\Survey\DWG\2060030disk-9 sketchs.dwg, 5/13/2015 1:10:07 PM



DESCRIPTION SKETCH
(Not a Survey)

SCALE: 1" = 40'

NORTH

BASIS OF BEARINGS:
SOUTH BOUNDARY OF
S.W. 1/4 OF SECTION 4,
BEARS N.89°42'03"W., (GRID).

POB
PARCEL 201

POC
S.E. CORNER OF S.W. 1/4 OF
SECTION 4, TOWNSHIP 30 SOUTH,
RANGE 20 EAST.

SOUTH BOUNDARY OF SW 1/4
OF SECTION 4-30-20

Radius = 39.00'
Arc = 31.40'
Chord Bearing:

Delta = 46°08'16"
Chord = 30.56'
S67°13'41"W

Radius = 20.00'
Arc = 8.92'
Chord Bearing:

Delta = 25°33'56"
Chord = 8.85'
S06°56'51"W

Radius = 117.50'
Arc = 17.46'
Chord Bearing:

Delta = 08°31'45"
Chord = 17.46'
S86°01'50"W

S88°42'12"E
16.61'

S44°09'53"W
31.47'

S88°08'25"E
40.00'

N00°17'48"E 15.13'

N00°17'48"E
39.87'

S88°08'25"E
15.00'

N89°42'12"W 11.84'

S88°42'12"E
74.64'

N00°00'46"W
101.85'

N00°17'48"E 193.93'

N89°42'03"W 691.80'

NOTE:
SEE SHEET 1 FOR DESCRIPTION, NOTES,
LEGEND AND LOCATION SKETCH.

LANDMARK
Engineering & Surveying Corporation

8515 Palm River Road    |  Tampa, Florida  33619
(813) 621-7841    |  (813) 664-1832 (fax)
www.lesc.com    |  L.B.  3913

Sec.:  4    Twp.:  30  S.    Rge.:  20  E.

Drawn: MAC    Job No.: 20060030

SHEET
2 OF 2

P:\Surveying\2006030\CAD\Survey\DWG\2006030\bsk-9 sketches.dwg, 5/13/2015 1:18:14 PM



# DESCRIPTION SKETCH
## (Not a Survey)

### DESCRIPTION: (PARCEL 202)

A portion of the Southwest 1/4 of Section 4, Township 30 South, Range 20 East, Hillsborough County, Florida, described as follows:

COMMENCE at the Southeast corner of the Southwest 1/4 of said Section 4; thence N.89°42'03"W., 691.80 feet along the Southerly boundary line of the Southwest 1/4 of said Section 4; thence N.00°17'48"E., 193.93 feet; thence N.89°42'12"W., 11.94 feet to the beginning of a curve concave to the Southeast having a radius of 117.50 feet; thence Southwesterly, 17.49 feet along said curve through a central angle of 08°31'45" (chord bears S.86°01'55"W., 17.48 feet); thence N.00°00'46"W., 101.95 feet; thence S.89°42'12"E., 74.54 feet; thence S.89°08'25"E., 15.00 feet; thence N.00°17'48"E., 55.00 feet; thence S.89°08'25"E., 40.00 feet; thence S.89°42'12"E., 115.22 feet; thence N.00°00'00"W., 57.84 feet to the POINT OF BEGINNING; thence continue N.00°00'00"W., 33.18 feet; thence S.89°42'12"E., 18.91 feet to the beginning of a curve concave to the Southeast having a radius of 50.00 feet; thence Southwesterly, 44.85 feet along said curve through a central angle of 51°24'34" (chord bears S.25°42'17"W., 43.37 feet) to the POINT OF BEGINNING.

Contains 223.97 Square Feet, more or less.

---

**LOCATION SKETCH** SCALE (1" = 200')

WATSON ROAD

BLOOMINGDALE AVENUE

SITE

PATTERSON ROAD

---

## LEGEND:
POB = POINT OF BEGINNING
POC = POINT OF COMMENCEMENT
SEC. = SECTION         TWP. = TOWNSHIP
RGE. = RANGE
PB = PLAT BOOK         PGS = PAGES
(P) = PLAT             R/W = RIGHT-OF-WAY
O.R. = OFFICIAL RECORDS

## NOTES:
1. LANDMARK ENGINEERING & SURVEYING CORPORATIONS Certificate of Authorization Number to provide surveying is LB3913.

2. This drawing not valid without the signature and original seal of a Florida Registered Surveyor & Mapper.

3. No instruments of record reflecting easements, rights-of-way and/or ownership were furnished to this surveyor except as shown hereon.

| SHEET |
|-------|
| **1 OF 2** |

---

### SURVEYORS' CERTIFICATE
The sketch represented hereon conforms to the requirements of Chapter 5J-17, Florida Administrative Code.

SCOTT R. FOWLER    DATE OF SIGNATURE
FLORIDA REGISTERED LAND SURVEYOR NO. 5185

Drawing Date:    5-12-15

| R E V I S I O N S | | | | |
|---|---|---|---|---|
| Description | Date | Dim. | Ck'd | Order No. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Drawn: MAC    Checked: ___
Original No.: 2060030    Current No.: 2060030

---

2060030

# LANDMARK
Engineering & Surveying Corporation

8815 Palm River Road    Tampa, Florida 33619
(813) 621-7841    (813) 684-1822 (fax)
www.lesc.com    L.B. 3913

Sec.: 4    Twp.: 30 S.    Rge.: 20 E.

P:\Surveys\06\060030\ACAD\Survey\DWG\060030dsk1-3 sketches.dwg, 5/12/2015 1:10:35 PM



DESCRIPTION SKETCH
(Not a Survey)

NORTH

SCALE: 1" = 40'

BASIS OF BEARINGS:
SOUTH BOUNDARY OF
S.W. 1/4 OF SECTION 4,
BEARS N89°42'03"W, (GRID).

POB
PARCEL 202

POC
S.E. CORNER OF S.W. 1/4 OF
SECTION 4, TOWNSHIP 30 SOUTH,
RANGE 20 EAST.

Radius = 50.00'
Delta = 51°24'34"
Arc = 44.86'
Chord = 43.37'
Chord Bearing:
S25°42'17"W

S89°42'12"E
18.61'

N00°00'00"E
39.18'

S89°42'12"E
57.84'

S89°42'12"E
115.22'

S88°08'25"E
40.00'

S88°08'25"E
15.00'

N00°17'48"E
55.00'

S89°42'12"E
74.64'

N89°42'12"W 11.84'

N00°00'00"W
101.85'

N00°17'48"E 193.93'

N00°17'48"W 691.80'

N89°42'03"W 691.80'

SOUTH BOUNDARY OF SW 1/4
OF SECTION 4-30-20

Radius = 117.50'
Arc = 17.49'
Chord Bearing:
S86°01'56"W

Delta = 08°31'45"
Chord = 17.48'

NOTE:
SEE SHEET 1 FOR DESCRIPTION, NOTES,
LEGEND AND LOCATION SKETCH.

LANDMARK
Engineering & Surveying Corporation

8515 Palm River Road    Tampa, Florida 33619
(813) 621-7841    (813) 664-1632 (fax)
www.lesc.com    L.B. 3913

Sec.: 4    Twp.: 30 S.    Rge.: 20 E.

Drawn: NAC    Job No.: 20060030

SHEET
2 OF 2

P:\Survey\jobs\20060030\CADD\Survey\DWG\20060030sk1 & sketches.dwg, 5/13/2015 1:18:43 PM



## DESCRIPTION SKETCH
### (Not a Survey)

### DESCRIPTION: (PARCEL 203)

A portion of the Southwest 1/4 of Section 4, Township 30 South, Range 20 East, Hillsborough County, Florida, described as follows:

COMMENCE at the Southeast corner of the Southwest 1/4 of said Section 4; thence N.89°42'03"W., 691.50 feet along the Southerly boundary line of the Southwest 1/4 of said Section 4; thence N.00°17'48"E., 193.93 feet; thence N.89°42'12"W., 11.84 feet to the beginning of a curve concave to the Southeast having a radius of 117.50 feet; thence Southwesterly, 17.49 feet along said curve through a central angle of 08°31'45" (chord bears S.86°01'56"W., 17.48 feet); thence N.00°10'46"W., 101.85 feet; thence S.89°42'12"E., 74.64 feet; thence S.88°08'25"E., 15.00 feet; thence N.00°17'48"E., 55.00 feet; thence S.88°08'25"E., 40.00 feet; thence S.89°42'12"E., 115.22 feet; thence N.00°00'00"W., 97.02 feet; thence S.89°42'12"E., 52.17 feet; thence N.00°00'35"E., 215.56 feet; thence N.89°53'09"E., 491.82 feet; thence S.01°16'41"W., 126.76 feet; thence S.00°00'00"E., 50.80 feet to the POINT OF BEGINNING; thence continue S.00°00'00"E., 15.00 feet; thence N.90°00'00"W., 15.00 feet to the beginning of a curve concave to the Northwest having a radius of 15.00 feet; thence Northeasterly, 23.56 feet along said curve through a central angle of 90°00'00" (chord bears N.45°00'00"E., 21.21 feet) to the POINT OF BEGINNING.

Contains 48.29 Square Feet, more or less.

---

### LOCATION SKETCH    SCALE (1" = 200')

WATSON ROAD

BLOOMINGDALE AVENUE

SITE

PATTERSON ROAD

### L E G E N D :
POB = POINT OF BEGINNING
POC = POINT OF COMMENCEMENT
SEC. = SECTION      TWP. = TOWNSHIP
RGE = RANGE
(P) = PLAT          PGS = PAGES
(P) = PLAT          PB = PLAT BOOK
O.R. = OFFICIAL RECORDS          RW = RIGHT-OF-WAY

### N O T E S :
1. LANDMARK ENGINEERING & SURVEYING CORPORATIONS Certificate of Authorization Number to provide surveying is LB3913.

2. This drawing not valid without the signature and original seal of a Florida Registered Surveyor & Mapper.

3. No instruments of record reflecting easements, rights-of-way and/or ownership were furnished to this surveyor except as shown hereon.

| R E V I S I O N S | | | | | |
|---|---|---|---|---|---|
| Description | Date | Dwn. | CK'd | Order No. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Drawn: MAC     Checked: Fw
Original No.: 2060030     Current No.: 2060030

### SURVEYORS CERTIFICATE
The sketch represented hereon conforms to the requirements of Chapter 5J–17, Florida Administrative Code.

SCOTT · R · FOWLER     DATE OF SIGNATURE     5/3/15
FLORIDA REGISTERED LAND SURVEYOR NO. 5185
Drawing Date:     5–12–15



**LANDMARK**
Engineering & Surveying Corporation

8515 Palm River Road | Tampa, Florida 33619
(813) 621-7841 | (813) 664-1832 (fax)
www.lsec.com | L.B. 3913

SHEET
1 OF 2

Sec.: 4     Twp.: 30 S.     Rge.: 20 E.



## DESCRIPTION SKETCH
(Not a Survey)

SCALE: 1" = 40'

NORTH

BASIS OF BEARINGS;
SOUTH BOUNDARY OF
S.W. 1/4 OF SECTION 4,
BEARS N.89°42'00"W., (GRID).

N89°51'09"H 491.82'

N00°09'05"E 215.96'
S89°42'12"E 52.17'
N00°00'00"W 97.02'
S89°42'12"E 115.22'

S88°08'26"E 40.00'
N00°17'48"E 55.00'
S88°08'26"E 15.00'
S89°42'12"E 74.54'
N89°42'12"W 11.84'

POC
S.E. CORNER OF S.W. 1/4 OF
SECTION 4, TOWNSHIP 30 SOUTH,
RANGE 20 EAST.

N89°42'03"W 691.80'
N00°17'48"E 193.93'

SOUTH BOUNDARY OF SW 1/4
OF SECTION 4-30-20

S01°16'41"W 126.76'
S00°00'00"E 50.00'
S00°00'00"E 15.00'
N00°00'00"W 15.00'

POB
PARCEL 203

N00°00'46"W 101.85'

Radius = 15.00'
Delta = 90°00'00"
Arc = 23.56'
Chord = 21.21'
Chord Bearing:
N45°00'00"E

Radius = 117.50'
Arc = 17.49'
Chord Bearing:
S86°01'36"W
Delta = 08°31'45"
Chord = 17.48'

LANDMARK
Engineering & Surveying Corporation

8515 Palm River Road  | Tampa, Florida 33619
(813) 621-7841 | L.B. 3913
www.lesc.com

NOTE:
SEE SHEET 1 FOR DESCRIPTION NOTES,
LEGEND AND LOCATION SKETCH.

Sec.: 4 ___ Twp.: 30 S., Rge.: 20 E
Drawn: WJC
Job No.: 20060030

SHEET
2 OF 2

P.\Survey\prj\20060030\CAD\Survey\DWG\20060030disk-9 sketches.dwg, 5/13/2015 1:11:37 PM