UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

BVM THE BRIDGES, LLC

Chapter 11
Case No. 8:22-bk-00345-CED

Debtor.
_____/

**CERTIFICATE OF SERVICE**
**(Doc. No. 293)**

**I HEREBY CERTIFY** that the Order Granting Debtor's Motion to Dismiss Chapter 11 Case and Authorizing Payment of Administrative Expense Claims **(Doc. No. 293)** has been served by either CM/ECF electronic notice and/or by United States Mail to the following: **United States Trustee**, Timberlake Annex, 501 East Polk Street, Suite 1200, Tampa, FL 33602; **BVM The Bridges, LLC**, PO Box 501188, Indianapolis, IN 46250; to all parties listed on the attached matrix on April 10, 2023 and all parties listed on the attached matrix.

        JOHNSON, POPE, BOKOR,
        RUPPEL & BURNS, LLP

        /s/ Alberto ("Al") F. Gomez, Jr.
        Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
        401 E. Jackson Street, Ste. 3100
        Tampa, FL 33602
        Telephone: 813-225-2500
        Facsimile: 813-223-7118
        Email: Al@jpfirm.com
        Attorneys for Debtor